## Law Offices
# RICCI ✦ FAVA L.L.C.

Ronald J. Ricci, Esq.
Joseph Fava, Esq.*
Marisa Dominguez, Esq.*

Kevin Sisco, Esq.
Jacqueline Ramirez, Esq.*

Of Counsel:
Michael J. DeMarco, Esq.
Vincent C. Scoca, Esq.
Brooke Bagley, Esq.

*Admitted to NJ & NY Bars

16 Furler Street, 2nd Floor
Totowa, New Jersey 07512

(973) 837-1900
Facsimile: (973) 837-1915
E-mail: mail@riccifavalaw.com

Essex County Offices

395 Franklin Street
Bloomfield, New Jersey 07003
(973) 837-1900
Facsimile: (973) 837-1915
E-mail: mail@riccifavalaw.com

*Please Reply to our Totowa Office*

May 20, 2024

**Via Email: Haley_Minix@njd.uscourts.gov**
Honorable Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building
and United States Court House
4th & Cooper Street
Camden, NJ 08101

RE:   **United States v. Scott Velez**
       **Case #1:23cr-00401-1-CPO-1**

Dear Judge O'Hearn:

This law firm represents the Defendant Scott Velez in the above referenced matter. Mr. Velez was sentenced by the Court on April 29, 2024 to a term of thirty-six (36) months imprisonment.

Recently, Mr. Velez received a letter to report to FCI Danbury Correctional Facility on June 11, 2024 before noon. Mr. Velez respectfully requests that his report date be adjourned to June 18, 2024 so he can spend Father's Day and celebrate his son's birthday before his incarceration.

Thanking the Court for its courtesies to counsel, I remain,

Respectfully yours,

Ronald J. Ricci, Esq.

RJR/lh
cc: Farhana C. Melo, Esq. (via email)

SO ORDERED this 22nd day
of ____May____ 20_24_

*Christine A. O'Hearn*
United States District Judge